IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 po 01

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ROBERT WILLIE BUMGARNER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER**, coming on before the undersigned for the purpose of conducting an initial appearance hearing for Defendant in regard to a Superseding Bill of Information (#13) filed in this matter. At that time, Defendant requested that the trial of this matter which is scheduled for September 30, 2014, be continued and joined for trial with additional charges against Defendant that are contained in file 2:14po07. Mr. Edwards, on behalf of the Government, advised that the Government did not have any objection to the request and as a result, the motion of Defendant will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the trial of this matter is hereby continued and is scheduled for **November 20, 2014 at 9:30 a.m.** in Courtroom #2 of the United States Courthouse in Asheville, North Carolina. The matter is joined with the trial in file 2:14po07, pursuant to motion of the Defendant.

Signed: September 23, 2014

Dennis L. Howell
United States Magistrate Judge